ALEXEI SCHACHT

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2025

**MEMORANDUM ENDORSED**

March 20, 2025

BY ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   United States v. Amijet Kurtishi, 24 CR 552 (GHW)

Dear Judge Woods:

I represent Amijet Kurtishi and write on her behalf. After she surrendered two days ago at FCI Danbury the pre-trial services office contacted me to say that in order to obtain my client's passport, which is in that office's possession, I needed to obtain a court order authorizing its return to me. Therefore, I ask the Court to order that the passport may be returned to me; otherwise, it will be returned to the State Department in 90 days.

Thank you for considering this request.

Respectfully submitted,

Alexei Schacht, Esq.
Attorney for Amijet Kurtishi
123 West 94th Street
New York, NY 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net

---

Application granted. Pretrial Services may return Ms. Kurtishi's passport to Mr. Schacht or his designated representative.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.

SO ORDERED.

Dated: March 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge